UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TATLIS,<br>      Plaintiff,<br>    v.<br>FONTANA POLICE DEPARTMENT, et al.,<br>      Defendants. | Case No. 16-cv-02556-PJH<br><br>**ORDER OF DISMISSAL** |

In a May 13, 2016 order, the court granted plaintiff James Tatlis's motion to proceed in forma pauperis, but dismissed his complaint for failure to state a claim upon which relief can be granted under 28 U.S.C. § 1915(e). Dkt. 6. The order indicated that Tatlis was to file any amended complaint no later than June 10. Id. Plaintiff did not do so. For the following three reasons, the court will DISMISS this case, with prejudice.

First, plaintiff failed to amend the complaint by the June 10 deadline set by the court. See Dkt. 6.

Second, plaintiff has not complied with the Local Rules' requirement to notify the court of his current address within 60 days after mail is returned. See L.R. 3-11(b). The docket indicates that mail sent to plaintiff's address was returned as undeliverable on June 13. Plaintiff still has not notified the clerk of his current address.

Third, plaintiff failed to appear at the scheduled initial case management conference in this matter. Dkt. 5, 8. As a failure to comply with a court order, this is a further grounds for dismissal under Federal Rule of Civil Procedure 41(b).

///

For the foregoing reasons the court ORDERS that this case is hereby DISMISSED, with prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 15, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge