UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES TATLIS,

    Plaintiff,

    v.

FONTANA POLICE DEPARTMENT, et al.,

    Defendants.

Case No. 16-cv-02556-PJH

**JUDGMENT**

The court having issued an Order of Dismissal,

it is Ordered and Adjudged

that plaintiff take nothing, and that the action be dismissed.

**IT IS SO ORDERED.**

Dated: August 15, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge